UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**BRENDAN MCGARRETT,**
        Petitioner

v.                                                                 CA 05-30205-MAP

**UNITED STATES OF AMERICA,**
        Respondent

<u>ORDER</u>

September 19, 2005

PONSOR, D.J.

    Before the Court is a petition filed pursuant to 28 USC 2255. It is hereby ordered that the Clerk serve a copy of said petition on the United States Attorney and that the respondent file a response to the petition within thirty(30) days of the date of this Order.

    It is so ordered.

                                                  /s/Michael A. Ponsor
                                                  United States District Judge