UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENDAN MCGARRETT, ) | CRIM. NO. 05-30205-MAP |
| ) | |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION TO CONTINUE RESPONSE DATE**

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, William M. Welch II, Assistant United States Attorney, hereby files this motion to continue its response to defendant's § 2255 motion to November 2, 2005, or an additional two weeks from the original due date.

As grounds, the Government states that it had to secure defendant McGarrett's original file from archives, which took longer than expected. In addition, the Government needs to secure an affidavit from Attorney Peter Ettenberg, defendant McGarrett's original attorney.

Filed this 20th day of October, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

WILLIAM M. WELCH II
Assistant United States Attorney

1

CERTIFICATE OF SERVICE

Hampden, ss.                           Springfield, Massachusetts
                                       October 20, 2005

    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

Brendan A. McGarrett
Reg. No. 90695-028
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA  17887

*[signature]*
WILLIAM M. WELCH II
Assistant United States Attorney