Brendan McGarrett
Reg. No. 90695-038, Unit 2A
U.S. Penitentiary Allenwood
P.O. Box 3000
White Deer, PA 17887

CERTIFIED MAIL

7003 3110 0006 1296 8562

November 1, 2005

Honorable Michael A. Ponsor
United States District Judge
United States District Court
District of Massachusetts
United States Courthouse
1550 Main Street
Springfield, MA 01103

    Re: McGarrett v. United States of America,
        3:05-cv-30205

Dear Judge Ponsor:

    Please accept this pro se letter as a motion requesting twenty (20) days from the date I receive the government's response in which to perfect a reply brief.

    Please grant me twenty days to file a reply brief, thank you.

                              Respectfully submitted,

                              Brendan McGarrett
                              Petitioner, pro se

cc: William M. Welch II, Esq.