✤AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

FIRST      DISTRICT OF      MASSACHUSETTS

BRENDAN MCGARRETT

v.

UNITED STATES

**APPEARANCE**

Case Number:    05-CV-30205-MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     United States of America

I certify that I am admitted to practice in this court.

| | |
|---|---|
| September 13, 2006 | _[signature]_ |
| Date | Signature |
| | Todd Newhouse |
| | Print Name     Bar Number |
| | 1550 Main Street, Room 310 |
| | Address |
| | Springfield    MA    01103 |
| | City    State    Zip Code |
| | 413-785-0109    413-785-0394 |
| | Phone Number    Fax Number |

_[Filed stamp: U.S. District Court, 2006 SEP 13 P 4:35, Clerk's Office]_