Civil No. 3:05-cv-30205 MAP

Dear Clerk of Court,                    Jan. 15, 07

Currently I have a 2255 motion before the court. I'm writting the court to notify you that I have been transferred to F.C.I Allenwood medium Security and to ask you to please forward any mail concerning my case to me here.

Also, I would appreciate it if you would please send me a copy of my docket sheet with regaurds to the 2255 motion I have pending before the court.

Thank You very much for your help

Sincerely,

Brendan McGurrett

New Address:

Brendan McGurrett
# 90695-038
F.C.I. Allenwood - 4B
P.O. Box 2000
White Deer, PA. 17887