# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

BRENDAN McGARRETT,
    Petitioner

        v.                    CIVIL ACTION NO. 3:05 -30205-MAP

UNITED STATES OF AMERICA
    Respondent

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered granting the petitioner's motion to vacate, pursuant to the court's memorandum and order entered this date.

                          **SARAH A. THORNTON**,
                          CLERK OF COURT

Dated: February 23,  2007        By  /s/ *Maurice G. Lindsay*
                              Maurice G. Lindsay
                              Deputy Clerk

(Civil Judgment re Pet v. Resp2.wpd - 11/98)
    [jgm.]