UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BRENDAN McGARRETT,            )
  Defendant,                  )
                              )
      v.                      )   No.  05-CV-30205-MAP
                              )   No.  02-CR-30042-MAP
UNITED STATES OF AMERICA,     )   (Ponsor, D.J.)
  Plaintiff.                  )

DEFENDANT'S MOTION FOR LEAVE TO FILE A MOTION
FOR CORRECTION OF SENTENCE PURSUANT TO
FED.R.CRIM.P. 35(a), NUNC PRO TUNC

Pursuant to Fed.R.Crim.P. 35(a), Defendant, proceeding pro se and in forma pauperis, requests the Court to correct his sentence nunc pro tunc. Defendant states the following in support thereof:

(1) On February 23, 2007, the Court ordered: (A) The criminal judgment imposed by the court on December 28, 2004, in the case of United States of America v. Brendan McGarrett, 02-CR-30042-MAP,...vacated. See Doc. 10 at 3, (B) The clerk to enter a new judgment in 02-CR-30042-MAP that is identical to the previous judgment in all respects except for the date of entry. Id., (C) that [Defendant] is hereby notified of his right to appeal this new judgment within ten days of the date of its entry. Id., and (D) Recognizing that [Defendant] is currently incarcerated at some distance from the court, and that notice of the court's order may take time to reach him, the clerk will file a notice of appeal on behalf of [defendant] in 02-CR-30042-MAP if, within seven days of the date of the amended judgment,

        counsel for [defendant], or [Defendant], pro se, has not filed such notice of appeal. Id.

(2) Defendant did not receive the Court's Memorandum Order (Doc. 10) notifying him of ¶ 1,A-D, supra, until after seven days elapsed. Defendant is on appeal and acting in pro se because, inter alia, a conflict with the attorney who contacted him long after seven days elapsed, and First Circuit Clerks have, unfortunately, left him no choice but to proceed pro se.

(3) With respect to this Court's recent amended judgment, and in consideration of the Supreme Court's holding in Shepard v. United States, 125 S.Ct. 1254 (2005), Defendant respectfully contends that the sentencing court committed clear error when it relied on Police Department records to conclude that Defendant's grand theft conviction was a crime of violence. This warrants correction of sentence.

WHEREFORE, Defendant requests that this motion be granted.[1]

                                      Respectfully submitted,

                                      /s/ Brendan McGarrett
                                      Brendan McGarrett
                                      Reg. No. 90695-038
                                      FCI Allenwood
                                      P.O. Box 2000
                                      White Deer, PA 17887

Dated: October 4, 2007                    Defendant, pro se

---

[1] If the Court requires additional briefing, please allow Defendant a sufficient amount of time in which to comply with the Court's directive.

## Certificate of Service

I HEREBY CERTIFY that a true copy of Defendant's Motion for Leave to File a Motion for Correction of Sentence Pursuant to Fed. R.Crim.P. 35(a) Nunc Pro Tunc, was faxed and mailed postage paid to Plaintiff's counsel below:

> FAX: 413-785-0394
>
> Dina Michael Chairtowitz, Esq.
> Todd E. Newhouse, Esq.
> William M. Welsh III, Esq.
> JS Courthouse
> 1550 Main St., Rm. 310
> Springfield, MA 01103

on the 4th day of October, 2007.

/s/ Brendan McGarrett
Brendan McGarrett