UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

3:05-cv-30205-MAP

UNITED STATES OF AMERICA

vs.

BRENDAN McGARRETT

---

APPEARANCE OF COUNSEL.

---

The undersigned hereby appears as counsel for the defendant.

Respectfully submitted,

/s/ John M. Thompson
John M. Thompson, BBO # 496780
THOMPSON & THOMPSON, P.C.
1331 Main Street, Suite 320
Springfield, MA 01103

[413] 739-2100
[413] 739-2300 fax

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will copies will be sent to those indicated as non registered participants on this 19th day of November, 2007.

/s/ John M. Thompson
John M. Thompson