UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

3:05-cv-30205-MAP

UNITED STATES OF AMERICA

vs.

BRENDAN McGARRETT

---

DEFENDANT'S MOTION FOR RESENTENCING
PURSUANT TO RULE 34(A), F.R.CRIM.P.

---

Defendant Brendan McGarrett moves the Court to reconsider and correct his sentence on the ground that the decision to sentence him as a career offender was erroneous because one of his prior South Dakota felonies did not qualify as a crime of violence under U.S.S.G. §2K2.2(a)(1). Taylor v. United States, 495 U.S. 575 (1990) and Shepard v. United States, 544 U.S. 13 (2005).

        Respectfully submitted,
        Brandon A. McGarrett, Defendant


        By /s/ John M. Thompson
        John M. Thompson, BBO # 496780
        THOMPSON & THOMPSON, P.C.
        1331 Main Street, Suite 320
        Springfield, MA 01103

        [413] 739-2100
        [413] 739-2300 fax

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will copies will be sent to those indicated as non registered participants on this 19th day of November, 2007.

/s/ John M. Thompson
John M. Thompson