UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRENDAN MCGARRETT            )    CV. NO. 05-30205-MAP
    Petitioner                 )
        vs.                  )
                             )
UNITED STATES                )
    Respondent

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
AND MEMORANDUM FOR RESENTENCING
PURSUANT TO RULE 35(A), F.R.CRIM.P.

The United States of America, by and through its undersigned attorneys, files its Response to Defendant's Motion and Memorandum for Resentencing Pursuant to Rule 35(A), F.R.Crim. P. The government relies on the following in support thereof.

The defendant was sentenced on December 14, 2004, to 115 months in federal prison subsequent to his guilty pleas for several firearms offenses.  No direct appeal was filed.  The defendant filed a pro se Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 on September 16, 2005, Cv. No. 05-30205-MAP.  On February 23, 2007, the Court allowed the Motion, in essence, so that the defendant could file a Notice of Appeal which he had requested his attorney to file after his guilty plea but which he had not filed.

The First Circuit appointed counsel who filed a docketing statement in First Circuit No. 07-1402 which states "Date of entry of judgment or order appealed from:  2/23/07." Defendant states in his Memorandum that "Mr. McGarrett's Section 2255 case, ... is not before the Court of Appeals."  Memorandum at 12.  It

is the government's understanding that the defendant's current First Circuit case, No 07-1402, is an appeal from the Court's Memorandum and Order Regarding Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 entered February 23, 2007.

The defendant asks this Court to retain jurisdiction over the case despite the fact the case is now on appeal citing Commonwealth of Puerto Rico v. The SS Zoe Colocotroni, 601 F2d 39 (1st Cir. 1979). The government objects to this procedure and suggests that the Court should not act upon this Motion because the same issues will be before the Court of Appeals when the defendant files his First Circuit brief on November 23, 2007.

Therefore, the government requests that the Court not act on the Motion and allow the case to proceed before the First Circuit.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Todd E. Newhouse
Todd E. Newhouse
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

Hampden,  ss.                          Springfield, Massachusetts
November 21, 2007

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby

2

certify that I have served a copy of the foregoing, via ECF to
all counsel of record.

                            /s/ Todd E. Newhouse
                            TODD E. NEWHOUSE
                            Assistant U.S. Attorney