UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

3:05-cv-30205-MAP

UNITED STATES OF AMERICA

vs.

BRENDAN McGARRETT

---

DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE
TO DEFENDANT'S MOTION FOR RESENTENCING

---

The Government's response to Mr. McGarrett's Motion and Memorandum is based on the factually erroneous premise that Mr. McGarrett appealed this Court's ruling on his Section 2255 petition, and that this appeal is pending in the First Circuit under docket number 07-1402. Following this Court's February 23, 2007 order, the Clerk entered a notice of appeal on Mr. McGarrett's behalf. Mr. McGarrett also filed a pro se notice of appeal. As a result, for a short period two appeals were entered in the Court of Appeals under docket numbers 07-1401 and 07-1402. On March 30, 2007 Mr. McGarrett dismissed appeal 07-1402 as duplicative. See Exhibit A, Docket Entries, United States Court of Appeals for the First Circuit, No. 07-1402. One appeal is pending and that is the appeal of Mr. McGarrett's sentence in No. 07-1401.

These facts vitiate the basis for the Government's opposition. The Section 2255 case is not before the Court of Appeals. The issues raised in the direct appeal are very similar to those raised in Section II of Mr. McGarrett's pro se Memorandum in support of

1

his Section 2255 motion but this Court did not address them.

Appended to this Reply is a copy of Mr. McGarrett's Appellant's Brief in No. 07-1401, filed November 23, 2007 in the First Circuit; this brief is incorporated herein by this reference. It establishes that Mr. McGarrett's sentence should have been no more than 57 months under the Guidelines and that he has already served 56 months. In the interests of judicial efficiency and fairness to Mr. McGarrett, this Court should act on Mr. McGarrett's motion for reconsideration of his sentence and resentence him forthwith.

> Respectfully submitted,
> Brendan A. McGarrett, Defendant
>
> By /s/ John M. Thompson
> John M. Thompson, BBO # 496780
> THOMPSON & THOMPSON, P.C.
> 1331 Main Street, Suite 320
> Springfield, MA 01103
>
> [413] 739-2100
> [413] 739-2300 fax

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will copies will be sent to those indicated as non registered participants on this 23rd day of November, 2007.

> /s/ John M. Thompson
> John M. Thompson



# General Docket
## US Court of Appeals for the First Circuit

```
Court of Appeals Docket #: 07-1402                              Filed: 3/14/07
Nsuit:   0  (Criminal or NOT SET)
US v. McGarrett
Appeal from: U.S. District Court of MA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0101-3 : 02-30042              lead: 02-30042
    Ordering Judge: Michael A. Ponsor, Judge
    trial judge: Kenneth P. Neiman, Ch. Magistrate Judge
    trial judge: Frank H. Freedman, Judge
    court reporter: ECR
    court reporter: Alice Moran, Court Reporter
    court reporter: Sara Mubarek, Court Reporter
    court reporter: Nicole Pouliot, Court Reporter
    Date Filed: 11/21/02
    Date order/judgment: 2/23/07
    Date NOA filed: 3/6/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: in forma pauperis

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
              Lead       Member      Start       End
   companion:
              07- 1401   07- 1402    12/15/07
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Docket as of April 20, 2007 0:01 am                    Page 1


07-1402   US v. McGarrett

UNITED STATES                      Dina Michael Chaitowitz
    Appellee                       FTS 617-748-3951
                                   617-748-3100 x3361
                                   [COR NTC gvt]
                                   U.S. Attorney's Office
                                   John Joseph Moakley Courthouse
                                   1 Courthouse Way
                                   Boston, MA 02210

                                   Todd E. Newhouse
```



EXHIBIT A

```
                                    FTS 413-785-0394
                                    413-785-0235
                                    Suite 9-200
                                    [COR NTC gvt]
                                    U.S. Attorney's Office
                                    One Courthouse Way
                                    Boston, MA 02210

                                    William M. Welch, II
                                    [NTC gvt]
                                    US Attorney's Office
                                    John Joseph Moakley Courthouse
                                    1 Courthouse Way
                                    Suite 9200
                                    Boston, MA 02210


    v.


BRENDAN MCGARRETT                   Peter L. Ettenberg
    Defendant - Appellant           FTS 508-797-4638
                                    508-752-6733
                                    [LD NTC cja]
                                    Gould & Ettenberg, P.C.
                                    370 Main St.
                                    Worcester, MA 01608

                                    Brendan McGarrett
                                    Reg. #90695-038
                                    [NTC pro]
                                    FCI Allenwood
                                    P.O. Box 2000
                                    White Deer, PA 17887-2000

Docket as of April 20, 2007 0:01 am                    Page 2
```

---

```
07-1402    US v. McGarrett

UNITED STATES

            Appellee


    v.

BRENDAN MCGARRETT

            Defendant - Appellant


Docket as of April 20, 2007 0:01 am                    Page 3
```

---

```
07-1402    US v. McGarrett
```

| Date | Entry |
|---|---|
| 3/14/07 | MOTION filed by Appellant Brendan McGarrett to proceed in forma pauperis. [07-1402] (chry) [07-1402] |
| 3/15/07 | CRIMINAL CASE docketed. Opening forms sent. Notice of Appeal filed by Appellant Brendan McGarrett. Appearance form, Docketing Statement, and Transcript Report/Order due 3/29/07. [07-1402] (chry) [07-1402] |
| 3/15/07 | RECORD filed: 1 volume(s) consisting of docket entries 1-3, 6-9, 11-62, & 64. (Docket entries 37 & 53 filed under seal) Transcript(s) (docket entries 48 and 57) filed by Alice Moran. Located in companion case 07-1401. [1226166-1] [07-1402] (chry) [07-1402] |
| 3/15/07 | Transcript of 6/9/04 Rule 11 Hearing, and 12/14/04 Sentencing filed by court reporter Alice Moran. Located in case 07-1401. [07-1402] (chry) [07-1402] |
| 3/15/07 | Involvement of attorney Gary A. Ensor for Brendan McGarrett terminated. [07-1402] (chry) [07-1402] |
| 3/15/07 | Involvement of attorney Alan J. Black for Brendan McGarrett terminated. [07-1402] (chry) [07-1402] |
| 3/15/07 | STATEMENT OF REASONS [UNDER SEAL] received and filed. [1226176-1] [07-1402] (chry) [07-1402] |
| 3/15/07 | LETTER filed by Appellant asking questions regarding the appeal. [07-1402] (chry) [07-1402] |
| 3/15/07 | SUPPLEMENTAL RECORD consisting of docket entry #65 & 66 filed. [1226178-1] [07-1402] (chry) [07-1402] |
| 3/20/07 | ATTORNEY Dina Michael Chaitowitz for Appellee US added to case. [07-1402] (chry) [07-1402] |
| 3/20/07 | APPEARANCE filed by Dina Michael Chaitowitz for Appellee US. [1228891-1] [07-1402] (chry) [07-1402] |
| 3/21/07 | Order to Show Cause entered: On March 6, 2007, defendant filed a pro se notice of appeal (pleading No. 65) from the Amended Judgment entered in CR. No. 02-30042 (D. Mass.), which this court has docketed as Appeal No. 07-1402. This appeal is duplicative of Appeal No. 07-1401, the notice of appeal (pleading No. 62) filed by a district court deputy clerk on March 1, 2007. Since two cases are not necessary to appeal the Amended Judgment, defendant-appellant is ordered either to move for voluntary dismissal of Appeal No. 07-1402 pursuant to Fed. R. App. P. 42(b), or to show cause, in writing, why both cases should remain open. The failure to take either action by April 4, 2007 may result in dismissal of Appeal No. 07-1402 for lack of diligent prosecution. Loc. R. 3.0(b). [07-1402] (chry) [07-1402] |

Docket as of April 20, 2007 0:01 am                Page 4

07-1402   US v. McGarrett

| Date | Entry |
|---|---|
| 3/21/07 | ORDER entered: Appellant's motion for leave to proceed in forma pauperis ("IFP") is denied without prejudice to filing a compliant motion and financial affidavit in the district court. See Fed. R. App. P. 24(a). We note that appellant's IFP request is deficient. A compliant request for IFP consists of a motion, fully completed Form 4 with attached prison trust account statement. A copy of Form 4 is enclosed to the appellant. Once appellant is granted IFP, a request for appointment of counsel under the Criminal Justice Act may be made. Unless appellant provides this court with proof of paying the $455 filing fee to the district court or filing a compliant request for IFP status in the district court on or before April 20, 2007, this appeal may be dismissed for lack of prosecution. Loc. R. 3.0(b). [07-1402] (chry) [07-1402] |
| 3/23/07 | ORDER entered: The order of court issued on March 21, 2007 is hereby vacated. The motion to proceed in forma pauperis on appeal is moot as the district court has granted in forma pauperis status to appellant. Under Fed. R. App. P. 24(a)(3), appellant may proceed on appeal in forma pauperis without further authorization. [07-1402] (chry) [07-1402] |
| 3/23/07 | ATTORNEY Todd E. Newhouse for Appellee US added to case. [07-1402] (lina) [07-1402] |
| 3/23/07 | APPEARANCE filed by Todd E. Newhouse for Appellee US. [1230297-1] [07-1402] (lina) [07-1402] |
| 3/23/07 | Duplicate APPEARANCE filed by Dina Michael Chaitowitz for Appellee US. [1230336-1] [07-1402] (geor) [07-1402] |
| 3/29/07 | PRO SE MOTION filed by Appellant Brendan McGarrett to dismiss case. [1238850-1] [07-1402] (frnk) [07-1402] |
| 3/30/07 | JUDGMENT entered: Upon consideration of appellant's motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b). Defendant's appeal shall proceed under No. 07-1401.    Mandate to issue forthwith. [1232378-1] [07-1402] (jenk) [07-1402] |
| 3/30/07 | MANDATE ISSUED. [07-1402] (jenk) [07-1402] |
| 3/30/07 | RECORD retained for companion case number(s): 07-1401 [07-1402] (jenk) [07-1402] |

Docket as of April 20, 2007 0:01 am                    Page 5

---

|  | **PACER Service Center** |  |  |
|---|---|---|---|
|  | **Transaction Receipt** |  |  |
|  | 11/23/2007 10:14:11 |  |  |
| PACER Login: | tt0189 | Client | McGarrett |

|  |  | Code: |  |
| --- | --- | --- | --- |
| Description: | dkt report | Case Number: | 07-1402 |
| Billable Pages: | 5 | Cost: | 0.40 |