UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

3:05-cv-30205-MAP

UNITED STATES OF AMERICA

vs.

BRENDAN McGARRETT

---

DEFENDANT'S MOTION FOR LEAVE TO FILE A REPLY
TO GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR RESENTENCING

---

Defendant Brendan A. McGarrett hereby requests leave of the court to file a brief reply to the government's response to McGarrett's motion for resentencing. The reply is limited to pointing out that the government's response contains a significant factual error.

> Respectfully submitted,
> Brendan A. McGarrett, Defendant
>
> By /s/ John M. Thompson
> John M. Thompson, BBO # 496780
> THOMPSON & THOMPSON, P.C.
> 1331 Main Street, Suite 320
> Springfield, MA 01103
>
> [413] 739-2100
> [413] 739-2300 fax

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will copies will be sent to those indicated as non registered participants on this 23rd day of November, 2007.

> /s/ John M. Thompson
> John M. Thompson