UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN SECTION

3:05-cv-30205-MAP

UNITED STATES OF AMERICA

vs.

BRENDAN McGARRETT

DEFENDANT'S RESPONSE TO GOVERNMENT'S SECOND RESPONSE
TO DEFENDANT'S MOTION FOR RESENTENCING

Without turning this exchange of arguments into an exercise in ping pong, Defendant McGarrett feels constrained to point out that the Government's invocation of United States v. Gordon, 634 F2d 638 (1st Cir. 1980) is inapposite. Unlike Gordon, Mr. McGarrett filed his Section 2255 petition at a time when he did not have an appeal pending. While McGarrett's habeas petition led to the reinstatement of his direct appeal, it also presented the sentencing issue which the Court did not address when granting the relief it did, and which the Court appears to be willing to reconsider at this juncture. Order of October 26, 2007. And although McGarrett's motion may be untimely under Rule 35(a) [which he first suggested] it is timely as a motion for reconsideration because it was allowed nunc pro tunc. Notably, the Government has not made any argument against resort to the Zoe procedure which would conserve judicial resources and allow this Court to reconsider McGarrett's sentence under a standard of review as favorable as he is entitled to in the Court of Appeals. The concerns expressed in Gordon are not present in

this case. This case presents the extraordinary circumstances not found in <u>Gordon</u>. McGarrett is sure that, given its duty to pursue justice, the Government places as high a value as McGarrett himself does on correcting his sentence [if relief is granted] before overstaying it, and accordingly it has not argued against following the <u>Zoe</u> procedure on this issue.

                                      Respectfully submitted,
                                      Brandon A. McGarrett, Defendant


                                    By <u>/s/ John M. Thompson</u>
                                      John M. Thompson, BBO # 496780
                                      THOMPSON & THOMPSON, P.C.
                                      1331 Main Street, Suite 320
                                      Springfield, MA 01103

                                      [413] 739-2100
                                      [413] 739-2300 fax

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper will copies will be sent to those indicated as non registered participants on this 27th day of November, 2007.

                                      /s/ John M. Thompson
                                      John M. Thompson