UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRENDAN MCGARRETT | ) | CV. NO. 05-30205-MAP |
|    Petitioner | ) | |
|       vs. | ) | |
| | ) | |
| UNITED STATES | ) | |
|    Respondent | | |

## GOVERNMENT'S STATUS REPORT

The United States of America, by and through its undersigned attorneys, files this Status Report.

During the January 7, 2008, Status Conference the undersigned government counsel reported to the Court that the government's position regarding whether to pursue the appeal in this case, First Circuit No. 07-1401, had not yet been made. However, the government has now decided to pursue the appeal. The government's position continues to be that this Court should not rule on this case while the appeal is pending before the First Circuit.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                      By: /s/ Todd E. Newhouse
                          Todd E. Newhouse
                          Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Hampden, ss.                       Springfield, Massachusetts
                                     January 11, 2008

I, Todd E. Newhouse, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing, via ECF to

all counsel of record.

                                              /s/ Todd E. Newhouse  
                                              TODD E. NEWHOUSE  
                                              Assistant U.S. Attorney