Brendan McGarrett, Case # 07-1461

Dear Ms. Moran,                                    July 20th. 08.

        Would you please send me a docket sheet ASAP. I am going to request that you would make me up a set of transcripts for my status conference hearing that was held in Jan/Feb 08 - I dont know the exact date would you please tell me how much they will be and I'll send you the money right away.

                        Thank You    Respectfully

                        Burle McGarrett

Address:

Brendan McGarrett
# 90695-038
USP Lewisburg
P.O. Box 1000
Lewisburg - PA. 17837