

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1550 MAIN STREET, ROOM 521
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0015

SARAH A. THORNTON                                JOHN C. STUCKENBRUCK
CLERK                                            DIVISION MANAGER

July 25, 2008

Brendan McGarrett
#90695-038
USP Lewisburg
PO Box 1000
Lewisburg, PA 17837

Dear Mr. McGarrett:

    The Court is in receipt of your letter of July 20, 2008 requesting a copy of your docket sheet.   However, the docket number on your letter was not the correct number for your case.   I am assuming you were requesting the docket sheet for your civil case which is Docket no.  05-30205.   Enclosed is a copy as you requested.   You may review this and write the Court for the appropriate transcripts you are seeking.

    Very truly yours,

    /s/Elizabeth A. French

    Elizabeth A. French
    Deputy Clerk

Enclosure