05 CV 30205-MAP

Dear Ms French,                                Thursday - July 31st, 2008.

    I just received your letter dated 7-25-08. Thank You for your quick response.

    I have reviewed my docket sheet and have found that I want the transcripts for the January 7th, 08 proceedings. Would you please forward them to me ASAP with the bill and I will send you the funds neccessary to cover the cost.

    Thank You very much

Respectfully,

Brendan McGarrett

Address

Brendan McGarrett
# 90645-038
USP. Lewisberg
P.O. Box 1000
Lewisberg, PA. 17837

P.S. Please note, I will be leaving here on August, 26th, 08 please contact me ASAP
Thank You!